| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 1:07CR73 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 16cr10056 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Hickey<br>35 Virginia Street<br>Boston, MA 02125 | Maine | Bangor |
| | NAME OF SENTENCING JUDGE<br>The Honorable John A. Woodcock, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/14/2015 | TO 08/13/2020 |

**OFFENSE**
Felon in Possession of a Firearm (Armed Career Criminal)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Maine__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Massachusetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/12/16
*Date*

*[signature]* John A. Woodcock Jr.
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Masschusetts__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/9/16
*Effective Date*

*[signature]*
*United States District Judge*



# MEMORANDUM

Date:       March 4, 2016

To:         The Honorable Patti B. Saris
            Chief United States District Judge

From:       Andrew Laudate
            Sr. United States Probation Officer

Re:         **Hickey, Thomas**
            **District of Maine Dkt# 07-CR-00073**
            **TRANSFER OF JURISDICTION TO D/MA**

*****************************************************************

On July 2, 2009, the above-named appeared in U.S. District Court, District of Maine charged with Felon in Possession of a Firearm. The defendant was sentenced to 99 months imprisonment to be followed by 5 years supervised release. Special Conditions: Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter. Defendant shall at all times readily submit to a search of his residence and of any other premises. Special Assessment $100.00

The District of Maine has requested that this office accept transfer of jurisdiction since the defendant currently resides in the Massachusetts area.

In view of the foregoing, I recommend that we accept a transfer of jurisdiction of this. Please execute the attached PF-22 forms if you concur. Thank you.