UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 16-10056-RGS

UNITED STATES OF AMERICA

v.

THOMAS I. HICKEY, III

ORDER ON
PETITIONER'S MOTION TO VACATE,
SET ASIDE, OR CORRECT SENTENCE

June 6, 2019

STEARNS, D.J.

As I agree with the government that this court is without jurisdiction to revise a sentence imposed in the District of Maine, *see United States v. Barrett*, 178 F.3d 34, 50 n.10 (1st Cir. 1999), petitioner Hickey's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is <u>DENIED</u> without prejudice to it being refiled in the proper court.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE