AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 1

# UNITED STATES DISTRICT COURT

### District of Massachusetts

UNITED STATES OF AMERICA | **Judgment in a Criminal Case**
v. | (For **Revocation** of Probation or Supervised Release)

THOMAS HICKEY

Case No.  1:16-cr-10056-RGS-1

USM No.  11231-066

Paul J. Garrity
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  I-III _____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| I | Immediately upon release from custody, the defendant shall | 06/13/2018 |
| | enter into and participate in in-patient drug treatment until | |
| | successfully completed, including residential and halfway | |
| | house treatment. The defendant shall be required  (continued) | |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7986

Defendant's Year of Birth:  1969

City and State of Defendant's Residence: _____

08/26/2020
_____
Date of Imposition of Judgment

/s/ Richard G. Stearns
_____
Signature of Judge

Honorable Richard G. Stearns
_____
Name and Title of Judge

08/26/2020
_____
Date

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:   THOMAS HICKEY
CASE NUMBER: 1:16-cr-10056-RGS-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. | |
| II | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 12/22/2017 |
| III | The defendant shall not commit another federal, state, or local crime. | 12/06/2018 |

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment
_____

Judgment — Page  3  of  3

DEFENDANT:  THOMAS HICKEY
CASE NUMBER: 1:16-cr-10056-RGS-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 months of imprisonment to begin immediately and run concurrently with any sentence imposed on the state cases that are currently pending with credit for all time in official detention since 12-06-2018.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐ a.m.  ☐ p.m.   on  _____  .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____  .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL